

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. AP-76,304

**EX PARTE CHRISTOPHER SHUN SCOTT, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. F97-02028
IN THE CRIMINAL DISTRICT COURT
FROM DALLAS COUNTY**

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The Eighth Court of Appeals affirmed his conviction. *Scott v. State*, No. 08-97-00549-CR (Tex. App.– El Paso, Apr. 1, 1999, no pet.) (not designated for publication).

Applicant contends that newly discovered confessions establish that he is actually innocent

of capital murder. The State agrees that the Applicant is entitled to relief.

The trial court has determined that the Applicant has proven by clear and convincing evidence that no reasonable juror would have convicted him in light of newly discovered evidence. We agree with the trial court's supplemental stipulated findings and conclusions, but decline to adopt conclusion of law 5 to the extent that it departs from the appropriate evidentiary standard. Therefore, based on the trial court's findings and conclusions and our own review of the entire record, we find that Applicant is entitled to relief.

The judgment of conviction in Case No. F97-02028 from the Criminal District Court from Dallas County is hereby set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer any charges against him. Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: March 3, 2010
Do Not Publish